ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AJANI S. FISHER,<br>　　　Petitioner,<br>　　v.<br>BRIAN DUFFEY,<br>　　　Respondent. | Case No. CV 14-00076 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated: January 17, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE